300

Marvin X. DAMON, Plaintiff–
Appellant,

v.

Bart MASTERS, Warden; John Bowl-
ing, Food Service Administrator; J.
Tabor, Assistant Food Service Admin-
istrator; John Boyd, Food Service
Employee, Defendants–Appellees.

Roderick and Solange MacArthur Jus-
tice Center; American Civil Liberties
Union; ACLU of West Virginia Foun-
dation, Amici Supporting Appellant.

No. 15–7619.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 31, 2016.

Decided: April 5, 2016.

Marvin X. Damon, Appellant Pro. Se.
Stephen Michael Horn, Assistant United
States Attorney, Charleston, West Virgi-
nia, for Appellees. David M. Shapiro, Ro-
derick and Solange MacArthur Justice
Center, Chicago, Illinois; David C. Fathi,
American Civil Liberties Union, Washing-
ton, D.C.; Jamie Lynn Crofts, ACLU of
West Virginia Foundation, Charleston,
West Virginia, for Amici Supporting Ap-
pellant.

Before MOTZ, SHEDD, and AGEE,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marvin Jerome Damon appeals the dis-
trict court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his complaint filed pursu-
ant to *Bivens v. Six Unknown Named
Agents of Fed. Bureau of Narcotics,* 403
U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619
(1971), and the magistrate judge's order
denying discovery. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Damon v. Masters,*
No. 1:14–cv–26833, 2015 WL 5559803
(S.D.W.Va. Aug. 25, 2015); 2015 WL
5559803 (S.D.W.Va. Sept. 18, 2015). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*AFFIRMED.*